AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Vincent Tyree**<br>DOB: ███ <br><br>*Defendant(s)* | Case: 1:25-mj-00195<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 8/31/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 30, 2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting, resisting, or impeding certain officers or employees (simple assault) |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Stephen Walker, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/31/2025

_____
Judge's signature

City and state: Washington, DC

G. Michael Harvey, Magistrate Judge
Printed name and title