# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT TYREE<br><br>Defendant. | Criminal No. 25-MJ-195 |

## ORDER

Upon consideration of the government's motion to dismiss the complaint without prejudice, and for good cause shown, it is hereby: ORDERED that the motion is GRANTED. The complaint against Mr. Tyree is hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that the preliminary hearing scheduled for Friday, September 12, 2025 at 12:30 p.m. is VACATED.

SO ORDERED.

Date: 9/11/2025

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge

4